Page not Found or Under Construction | United States District Court

 
 

 
 
 Mission Statement
Contact Us
Job Opportunities
Site Map


 

 

 
 

 
 
 
 United States District Court
 
 
 
 
 
 
 
 

 

 

 
 
 
 
 Home :: sites OR dcd OR files OR 12 OR 196memorandum OR pdf Page not Found or Under Construction 
 Printer-friendly version
 
We apologize! The page you requested was not found or is under construction. Please try searching below. For your convenience, a search was performed using the query sites OR dcd OR files OR 12 OR 196memorandum OR pdf.
 

 Enter your keywords: 
 
 

 Did you mean: 
 

 
 Search results 
 Unsealed Opinions in Cases

 (PDF) by Judge Lamberth 
 
 
 5/15/2013 
 Misc. No. 12-197 
 memorandum and order (PDF) by Judge Lamberth 
 
 
 5/15/2013 
 Misc. No. 12-196 
 memorandum and order (PDF) by ... 
 
 Date Filed 
 Case 
 Opinion 
 
 
 03/07/14 
 14-228 (JMF) 
 Memorandum
 Page - drupal - 11/09/2009 - 16:46 - 0 comments
 

 ECF Essentials E-Newsletter Topics

 http://www.dcd.uscourts.gov/dcd/new-case-forms 
 Multiple summonses can be merged together and attached to the complaint as one PDF file ... cases. Effective November 12, 2013, attorneys will be required to file sealed documents electronically ... https://ecf.dcd.uscourts.gov/cgi-bin/PwReset.pl . New and reset passwords will be issued in 3-5 business days. If you have an emergency filing
 Page - drupal - 05/11/2011 - 11:18 - 0 comments
 

 Unsealed Documents

 
 12mc532 
 Order (PDF) regarding the Memorandum Opinion filed 08/26/13 
 

 
 08/26/13 ... 12-197 IN RE:SEALED CASE 
 redacted order (PDF) of a classified filed 05/15/2013 by Chief ... 
 
 Date Filed 
 Case 
 Opinion 
 

 
 09/06/13 
 12
 Page - drupal - 02/23/2012 - 17:17 - 0 comments
 

 

 
 

 

 
 

 
 
 
 
 
 
 Search 
 
 

 
 Search this site: 
 

 
 
 
 
 Secondary links 
 
 Home
Courthouse Information
Jury Information
Court Calendars
Court Opinions/Unsealed
Attorneys & Law Students
Information Technology
Rules & Forms
ECF & Court Records
Judges
Past Events
Media
Links

 
 
 
 
 
 tips on how to best view this site
 
 
 
 
 
 
 


 
 
 
 
 
 
 The United States District Court for D.C. is part of the U.S. Federal Government.
 
 Courthouse Location
 333 Constitution Avenue N.W.
 Washington D.C. 20001
 The Clerk's Office Hours
 9:00 a.m. to 4:00 p.m.
 
 
 Special Access to the Court
 Wheelchair, hearing impaired, etc. Read more
 Requirements for Entry
 A picture ID, no cameras or recording devices,
 except by certain persons. Read more
 
 
 Wireless Access in the Courthouse
 Free wireless in public areas. Read more
 Download Adobe Reader
 This web site uses PDFs.
Click here to download Adobe Reader.
 
 
 
 
 
 
 
 U.S. District Court, D.C. =date(Y);?>